**Opinion issued January 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00908-CV**

———————————

**IN RE FRANK C. POWELL, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Frank C. Powell, has filed a petition for writ of mandamus requesting that our Court compel the Honorable Susan Brown, Presiding Judge of the Eleventh Administrative Judicial Region, to (1) vacate her order denying Powell's motion to recuse and disqualify the Honorable Terri Holder in the underlying proceedings, and

(2) conduct a hearing on Powell's motion to recuse and disqualify.[1] We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.

---

[1] The underlying case is *Commission for Lawyer Discipline v. Frank C. Powell*, cause number 2021-56827, pending in the 270th District Court of Harris County, Texas, the Honorable Terri Holder sitting by assignment.